UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Petitioner,

-vs-                                          Case No. 6:13-mc-61-Orl-22TBS

DENNIS J. FLAHERTY,

    Respondent.
_____

# ORDER

This cause comes before the Court for consideration of the Magistrate Judge's August 2, 2013 Report and Recommendation ("R&R"). (Doc. No. 6). The R&R recommends that the undersigned judge (1) grant the Government's Petition to Enforce Internal Revenue Summons (Doc. No. 1); (2) enter an order compelling Respondent to comply by a date certain, under penalty of contempt or other sanctions including incarceration, with the IRS summons served on Respondent on February 15, 2012 and to produce all responsive documents as set forth in the summons;[1] and (3) award the Government reasonable costs.

---

[1] The IRS summons was served on Respondent by leaving it at Respondent's last and usual place of abode. (Doc. No. 1-1, ¶ 4.) This was valid service. 26 U.S.C. § 7603(a); 26 C.F.R. § 301.7603-1(a)(1).

After an independent de novo review of the record in this matter, and noting that the Respondent has not filed any objections to the R&R, the Court agrees entirely with the findings of fact and conclusions of law in the R&R.

Accordingly, it is ORDERED as follows:

1. The August 2, 2013 Report and Recommendation (Doc. No. 6) is adopted, approved and made a part of this Order.

2. The Government's Petition to Enforce Internal Revenue Summons (Doc. No. 1), filed on June 28, 2013, is GRANTED.

3. On or before October 11, 2013, Respondent shall comply with the IRS summons served on him on February 15, 2012, a copy of which is attached to this Order, by personally appearing before the IRS as directed and by producing to the IRS all responsive documents as detailed in the summons.

4. **If Respondent fails to comply with paragraph 3 of this Order, he may be held in contempt of court and incarcerated.**

5. On or before September 10, 2013, the United States Marshals Service shall personally serve Respondent with a copy of this Order and the attached IRS summons. **Additionally, the serving deputy marshal shall advise Respondent that if he fails to obey the Order he may be found in contempt of court and incarcerated.**

6. The Court reserves jurisdiction to enforce this Order and to award costs to the Government.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on August 23, 2013.

*/s/ Anne C. Conway*
ANNE C. CONWAY
Chief U.S. District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party
Magistrate Judge Smith
Eric Thompson, Supervisory Deputy U.S. Marshal